UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-625-FDW

| STACEY WYNN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FRANK L. PERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER**, which was previously set for trial on July 9, 2018, has been rescheduled for trial on **Monday, July 16, 2018**, at **9:00 a.m.** in Courtroom 1-1, 410 W. Trade St., Charlotte, North Carolina.

Plaintiff **Stacey Wynn, offender number 0455801**, is currently in the custody of Sampson Correctional Institution in Clinton, North Carolina. The Warden at Sampson Correctional Institution shall transport Plaintiff so that he is available for trial at the courthouse by **8:30 a.m. on Monday, July 16, 2018**. Because Mr. Wynn is not in federal custody for these proceedings, the United States Marshals Service shall not be responsible for accompanying Mr. Wynn while he is in the courthouse. The Warden shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of, and ensure safe and secure conduct by, Mr. Wynn for the duration of the trial in this matter. The Warden shall ensure that Mr. Wynn is present for each and every day of trial until the trial is completed.

**IT IS, THEREFORE, ORDERED** that:

1) Trial shall commence on Monday, July 16, 2018, at 9:00 a.m. in Courtroom 1-1, 410 W. Trade St., Charlotte, North Carolina.

1

2) The Warden at Sampson Correctional Institution must transport Plaintiff to the courthouse on July 16, 2018, by 8:30 a.m., and then return him to Sampson Correctional Institution at the conclusion of the trial.

3) The Clerk's Office is directed to send a copy of this Order to all parties and the Warden of the Sampson Correctional Institution.

Signed: June 7, 2018

Frank D. Whitney
Chief United States District Judge