# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:14-cv-625-FDW

| STACEY WYNN, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| FRANK L. PERRY, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Court Issued Subpoenae Testificandum. (Doc. No. 83).

Plaintiff Stacey Wynn was granted leave to proceed in this action *in forma pauperis*. (Doc. No. 8). He is therefore eligible for service and issuance of process through the officers of the Court. 18 U.S.C. § 1915(d). Plaintiff presently seeks the issuance of 24 subpoenas to compel witnesses' presence at the trial that is set to commence on Monday, July 16, 2018, at 9:00 a.m. in Courtroom 1-1, 410 W. Trade St., Charlotte, North Carolina. Counsel for Defendants do not object to this Motion. See (Doc. No. 83 at 1). Plaintiff's Motion will be granted and the U.S. Marshal will be directed to serve the subpoenas that are attached to Plaintiff's Motion.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff's Motion for Court Issued Subpoenae Testificandum, (Doc. No. 83), is **GRANTED**.

(2) The Clerk of Court shall direct the U.S. Marshal to effectuate service of the subpoenas

that are attached to Plaintiff's Motion.

Signed: June 28, 2018

Frank D. Whitney
Chief United States District Judge