United States District Court
Western District of North Carolina
Exhibits Log: 3:17cr134(5)(19)(21)
USA v. James Baxton, Cynthia Gilmore & Pedro Gutierrez, 5/3/2018

| Exhibit | Description | Rlsd | Seal |
|---|---|---|---|
| Inst-1 | Jury Instructions | Yes | No |
| Gov-1-A | Copy of Letter-March 11 2016-Baxton | Yes | No |
| Gov-2 | Photo-120222-Martino 1090 SI CLT | Yes | No |
| Gov-3 | Photo-undated-Martino and Gutierrez | Yes | No |
| Gov-4 | Doc-Jan 27 2017-Gutierrez NYDOC Commissary Record | Yes | No |
| Gov-5 | Doc-Feb 7 2017-Gutierrez NYDOC Visitor Log | Yes | No |
| Gov-6 | Photo-undated-Martino Gutierrez Storm | Yes | No |
| Gov-7-A | TIII-MartinoWire-Session 84 dated Aug 9 2012 | Yes | No |
| Gov-7-Aa | Clip 1 - TIII-MartinoWire-Session 84 dated Aug 9 2012 | Yes | No |
| Gov-7-Ab | Clip 2 - TIII-MartinoWire-Session 84 dated Aug 9 2012 | Yes | No |
| Gov-7-B | TIII-MartinoWire-Session 9152 dated Aug 29 2012 | Yes | No |
| Gov-7-Ba | Clip - TIII-MartinoWire-Session 9152 dated Aug 29 2012 | Yes | No |
| Gov-7-C | TIII-MartinoWire-Session13747 dated Sep 7 2012 | Yes | No |
| Gov-7-Ca | Clip - TIII-MartinoWire-Session13747 dated Sep 7 2012 | Yes | No |
| Gov-8 | Doc-Jan 27, 2017-Baxton NYDOC Commissary Record | Yes | No |
| Gov-9 | Doc-Feb 8, 2017 - Baxton NYDOC Visitor Log | Yes | No |
| Gov-10 | Maurice Robinsons Plea Agreement | Yes | No |
| Gov-12-A | Audio - Oct 20 2016 Jail Call between Baxton and Rosero | Yes | No |
| Gov-12-B | Audio - Oct 26 2016 Jail Call between Baxton and Gutierrez | Yes | No |
| Gov-12-Ca | Clip 1 - Oct 30 2016 Jail Call between Baxton and UM | Yes | No |
| Gov-12-Cb | Clip 2 - Oct 30 2016 Jail Call between Baxton and UM | Yes | No |
| Gov-12-D | Audio - November 11 2016 Jail Call between Baxton and Porsha | Yes | No |
| Gov-12-Ea | Clip 1 - Nov 17 2016 Jail Call between Baxton and Rosero-Starr | Yes | No |
| Gov-12-Eb | Clip 2 - Nov 17 2016 Jail Call between Baxton and Rosero-Starr | Yes | No |
| Gov-12-Ga | Clip#1 - Dec 2, 2016 Jail Call between Baxton and Cummings | Yes | No |
| Gov-12-Gb | Clip#2- Dec 2, 2016 Jail Call between Baxton and Cummings | Yes | No |
| Gov-12-Gc | Clip #3 - Dec 2, 2016 Jail Call between Baxton and Cummings | Yes | No |
| Gov-12-Ha | Clip 1 - Dec 3 2016 Jail Call between Baxton and Prouty | Yes | No |
| Gov-12-Hb | Clip 2 - Dec 3 2016 Jail Call between Baxton and Prouty | Yes | No |
| Gov-12-Hc | Clip 3 - Dec 3 2016 Jail Call between Baxton and Prouty | Yes | No |
| Gov-12-Hd | Clip 3 - Dec 3 2016 Jail Call between Baxton and Prouty | Yes | No |
| Gov-12-Ia | Clip 1 - Dec 3 2016 Jail Call between Baxton and Watson-Cummings | Yes | No |
| Gov-12-Ib | Clip 2 - Dec 3 2016 Jail Call between Baxton and Watson-Cummings | Yes | No |
| Gov-12-J | Audio - Dec 7 2016 Jail Call between Baxton and Gutierrez | Yes | No |
| Gov-12-Ka | Clip 1 - Dec 15 2016 Jail Call between Baxton and Gutierrez-Sparks | Yes | No |

| | | | |
|---|---|---|---|
| Gov-12-Kb | Clip 2 - Dec 15 2016 Jail Call between Baxton and Gutierrez-Sparks | Yes | No |
| Gov-12-L | Audio - Dec 15 2016 Jail Call betweem Baxton and Gutierrez-Watson | Yes | No |
| Gov-12-M | Audio - Dec 17 2016 Jail Call between Baxton and UM | Yes | No |
| Gov-12-N | Audio - Dec 30 2016 Jail Call between Baxton and GL | Yes | No |
| Gov-12-O | Audio - Jan 3 2017 Jail Call between Gutierrez and Porsha | Yes | No |
| Gov-12-Pa | Clip #1 - Jan 5, 2017 Jail Call between Gutierrez and Rosero | Yes | No |
| Gov-12-Pb | Clip #2 - Jan 5, 2017 Jail Call between Gutierrez and Rosero | Yes | No |
| Gov-12-Pc | Clip #3 - Jan 5, 2017 Jail Call between Gutierrez and Rosero | Yes | No |
| Gov-12-Pd | Clip #4 - Jail Call between Gutierrez and Rosero | Yes | No |
| Gov-12-Q | Audio - Oct 3 2016 Jail Call betweem Gutierrez and Lattibeaudiere1 | Yes | No |
| Gov-12-R | Audio - Oct 3, 2016 Jail Call between Gutierrez and Lattibeaudiere2 | Yes | No |
| Gov-13-A | Doc- Mar 24 2017-NYDOC Jail Mail Shipment | Yes | No |
| Gov-13-B | Letter- Dec 1 2015 - Bandino Gilmore to Gutierrez | Yes | No |
| Gov-13-C | Letter-Feb 6 2016 - Gilmore to Gutierrez | Yes | No |
| Gov-13-D | Letter-Mar 3 2016-Gilmore to Gutierrez | Yes | No |
| Gov-13-E | Letter-Gutierrez to Polo | Yes | No |
| Gov-13-F | Letter-Gutierrez to Atkinson | Yes | No |
| Gov-13-G | Letter-Apr 10 2016-Gutierrez to Braman | Yes | No |
| Gov-13-H | Letter-Jan 7 2016-Blood Inc | Yes | No |
| Gov-13-I | Letter-Feb 14 2016-Gutierrez to Porsha Rosero | Yes | No |
| Gov-13-J | Letter - Feb 12 2017 James Baxton to Rosero | Yes | No |
| Gov-13-M | Letter - Dec 20 2015 - Glocks to Gutierrez | Yes | No |
| Gov-15-A | Facebook - Atkinson Account Information | Yes | No |
| Gov-15-B | Photo-undated-Atkinson Gilmore Group | Yes | No |
| Gov-15-C | Photo-undated-Atkinson Gilmore KUBA group | Yes | No |
| Gov-15-D | Photo-undated-Atkinson Gilmore KUBA | Yes | No |
| Gov-15-E | Photo-undated-Atkinson Large Group | Yes | No |
| Gov-15-F | Photo-undated-Atkinson Large Group2 | Yes | No |
| Gov-15-G | Photo-undated-Atkinson and Gutierrez | Yes | No |
| Gov-15-H | Photo-undated-Atkinson and Gutierrez2 | Yes | No |
| Gov-15-I | Photo-undated-Atkinson and Gutierrez3 | Yes | No |
| Gov-15-J | Photo-undated-Atkinson and Gutierrez4 | Yes | No |
| Gov-15-K | Photo-undated-Atkinson and Gutierrez5 | Yes | No |
| Gov-15-L | Photo-150725-Atkinson Gilmore KUB Group | Yes | No |
| Gov-15-M | Photo-undated-David Watson Photo | Yes | No |
| Gov-15-N | FB-150725-Atkinson Group Photo | Yes | No |
| Gov-15-O | Photo - Undated - Atkinson and Gilmore | Yes | No |
| Gov-15-P | FB - Atkinson and Gilmore FB Post | Yes | No |
| Gov-15-Q | FB - Gilmore post on Atkinson account | Yes | No |
| Gov-15-R | FB - messages Atkinson and Gilmore | Yes | No |
| Gov-15-S | FB - messages Atkinson and Watson1 | Yes | No |

| | | | | |
|---|---|---|---|---|
| Gov-15-T | FB - messages Atkinson and Watson2 | | Yes | No |
| Gov-16-A | Photo-undated-UM wearing Klean Up Billy Shirt | | Yes | No |
| Gov-16-B | Photo-undated-Gilmore in KUB hat | | Yes | No |
| Gov-16-D | Photo-undated-Gilmore in 93 shirt | | Yes | No |
| Gov-16-E | Photo-undated-Gilmore in 93 shirt hand signal | | Yes | No |
| Gov-16-F | Photo-undated-Gilmore in 93 shirt hand signal | | Yes | No |
| Gov-16-G | Photo-undated-Atkinson KUB group | | Yes | No |
| Gov-16-H | Photo-undated-Gilmore in KUB shirt group | | Yes | No |
| Gov-16-I | Photo-undated-Gilmore in KUB shirt Atkinson | | Yes | No |
| Gov-16-K | Photo-undated-Bloods hang signal | | Yes | No |
| Gov-16-M | FB-161207-Gilmore Chat re Dues | | Yes | No |
| Gov-16-N | FB-161207 -Gilmore Chat re Dues2 | | Yes | No |
| Gov-16-P | FB-150825-Gilmore Lady KUBA | | Yes | No |
| Gov-16-Q | FB-160614-Nine Trey Message | | Yes | No |
| Gov-16-R | FB-160430-6953 number sourced | | Yes | No |
| Gov-16-S | FB-160507-6953 number sourced | | Yes | No |
| Gov-16-T | FB-Photo Records | | Yes | No |
| Gov-16-U | Facebook - Gilmore Account Information | | Yes | No |
| Gov-17-A | Doc - Starr Texts with GL1 | | Yes | No |
| Gov-17-B | Doc - Starr Texts with GL2 | | Yes | No |
| Gov-17-C | Doc - Starr Texts with GL3 | | Yes | No |
| Gov-17-D | Doc - Starr Texts with GL4 | | Yes | No |
| Gov-17-E | Doc - Starr Texts with GL5 | | Yes | No |
| Gov-17-F | Doc - Starr Texts with GL6 | | Yes | No |
| Gov-17-G | Doc - Starr Texts with GL7 | | Yes | No |
| Gov-19-A1 | Copy of Letter-dated Nov 19 2010-FW to Bandana | | Yes | No |
| Gov-19-B1 | Copy of Letter-dated Oct 13 2011-Gutierrez to Bandana | | Yes | No |
| Gov-20-A | Photo-150716-KUB shirt Atkinson | | Yes | No |
| Gov-20-B | Photo-150718-Atkinson red shirt hand signal | | Yes | No |
| Gov-20-C | Photo-150717-Atkinson Gilmore KUB group | | Yes | No |
| Gov-20-D | Photo-undated-Gutierrez alone | | Yes | No |
| Gov-20-E | Photo-undated-Gutierrez Tisa Kelly | | Yes | No |
| Gov-20-F | Photo-undated-Baxton collage | | Yes | No |
| Gov-20-G | Photo-undated-Gilmore Gutierrez Atkinson | | Yes | No |
| Gov-20-H | Photo-undated-Gutierrez Atkinson | | Yes | No |
| Gov-20-I | Photo-151117-Gutierrez letters to Atkinson | | Yes | No |
| Gov-20-J | Photo-undated-Gutierrez letters to Atkinson | | Yes | No |
| Gov-20-K | Photo-undated-Gutierrez letter to Atkinson | | Yes | No |
| Gov-20-KT | Transcript of Gutierrez letter to Atkinson | | Yes | No |
| Gov-20-L | Photo-undated-bags of marijuana | | Yes | No |
| Gov-20-M | Photo-150509-bags of marijuana | | Yes | No |

| | | | |
|---|---|---|---|
| Gov-20-N | Photo-150812-Cocaine bags. | Yes | No |
| Gov-20-O | Photo-undated-Cooking | Yes | No |
| Gov-20-P | Photo-undated-Cooking2 | Yes | No |
| Gov-20-Q | Photo-undated-Atkinson Money | Yes | No |
| Gov-20-R | Photo-undated-Atkinson Money2. | Yes | No |
| Gov-20-S | Photo-undated-Atkinson pistol drum. | Yes | No |
| Gov-20-T | Photo-undated-NTG shirts | Yes | No |
| Gov-20-U | Photo-undated-NTG shirts | Yes | No |
| Gov-20-V | Doc-170518-Gilmore Texts with Atkinson | Yes | No |
| Gov-20-V1 | Doc-150406-Gilmore texts with Atkinson1 | Yes | No |
| Gov-20-V10 | Doc-150728-Gilmore texts with Atkinson10 | Yes | No |
| Gov-20-V11 | Doc-150803-Gilmore texts with Atkinson11 | Yes | No |
| Gov-20-V12 | Doc-150810-Gilmore texts with Atkinson12 | Yes | No |
| Gov-20-V13 | Doc-150811-Gilmore texts with Atkinson13 | Yes | No |
| Gov-20-V14 | Doc-150812-Gilmore texts with Atkinson14 | Yes | No |
| Gov-20-V15 | Doc-151212-Gilmore texts with Atkinson15 | Yes | No |
| Gov-20-V2 | Doc-150420-Gilmore texts with Atkinson2 | Yes | No |
| Gov-20-V3 | Doc-150423-Gilmore texts with Atkinson3 | Yes | No |
| Gov-20-V4 | Doc-150427-Gilmore texts with Atkinson4 | Yes | No |
| Gov-20-V5 | Doc-150509-Gilmore texts with Atkinson5 | Yes | No |
| Gov-20-V6 | Doc-150525-Gilmore texts with Atkinson6 | Yes | No |
| Gov-20-V7 | Doc-150608-Gilmore texts with Atkinson7 | Yes | No |
| Gov-20-V8 | Doc-150620-Gilmore texts with Atkinson8 | Yes | No |
| Gov-20-V9 | Doc-150718-Gilmore texts with Atkinson9 | Yes | No |
| Gov-22 | Ingle-141121-Surratt Email to Silent | Yes | No |
| Gov-23 | Ingle-141119-Johnson Email to Silent | Yes | No |
| Gov-24 | Ingle-110907-Email from Reed to Carp | Yes | No |
| Gov-25 | Ingle-undated-UBN Doc from Carp | Yes | No |
| Gov-26 | Ingle-110406-Email from Carp within Legal Docs | Yes | No |
| Gov-27-A | Copy of Ingle-May 5 2014-Iredell Murphy SW Docs | Yes | No |
| Gov-28-A | Copy of Ingle-Dec 31 2017-Ltrs from Rosero to Rivera | Yes | No |
| Gov-29 | Quincy Burrells Cooperation Agreement | Yes | No |
| Gov-30-a | Ingle-150515 GA DOC Seizure from D Butler | Yes | No |
| Gov-31-A | Clip 1 from 1D76 - Oct 5 2015 between Starr and Baxton | Yes | No |
| Gov-31-B | Clip 2 from 1D76 - Oct 5 2015 between Starr and Baxton | Yes | No |
| Gov-31-C | Clip 3 from 1D76 - Oct 5 2015 between Starr and Baxton | Yes | No |
| Gov-31-D | Clip 4 from 1D76 - Oct 5 2015 between Starr and Baxton | Yes | No |
| Gov-31-E | Clip 5 from 1D76 - Oct 5 2015 between Starr and Baxton | Yes | No |
| Gov-31-F | Clip 6 from 1D76 - Oct 5 2015 between Starr and Baxton | Yes | No |
| Gov-31-G | Clip 7 from 1D76 - Oct 5 2015 between Starr and Baxton | Yes | No |

| | | | |
|---|---|---|---|
| Gov-32-A | Clip 1 from ID77 - Oct 6 2015 between Starr and Gutierrez | Yes | No |
| Gov-32-b | Clip 2 from ID77 - Oct 6 2015 between Starr and Gutierrez | Yes | No |
| Gov-32-c | Clip 3 from ID77 - Oct 6 2015 between Starr and Gutierrez | Yes | No |
| Gov-32-d | Clip 4 from ID77 - Oct 6 2015 between Starr and Gutierrez | Yes | No |
| Gov-32-e | Clip 5 from ID77 - Oct 6 2015 between Starr and Gutierrez | Yes | No |
| Gov-32-f | Clip 6 from ID77 - Oct 6 2015 between Starr and Gutierrez | Yes | No |
| Gov-32-g | Clip 7 from ID77 - Oct 6 2015 between Starr and Gutierrez | Yes | No |
| Gov-32-h | Clip 8 from ID77 - Oct 6 2015 between Starr and Gutierrez | Yes | No |
| Gov-32-i | Clip 9 from ID77 - Oct 6 2015 between Starr and Gutierrez | Yes | No |
| Gov-32-j | Clip 10 from ID77 - Oct 6 2015 between Starr and Gutierrez | Yes | No |
| Gov-33-A | Clip 1 from 1D98 - Dec 18 2015 between Starr and Gutierrez | Yes | No |
| Gov-33-B | Clip 2 from 1D98 - Dec 18 2015 between Starr and Gutierrez | Yes | No |
| Gov-33-C | Clip 3 from 1D98 - Dec 18 2015 between Starr and Gutierrez | Yes | No |
| Gov-33-D | Clip 4 from 1D98 - Dec 18 2015 between Starr and Gutierrez | Yes | No |
| Gov-33-e | Clip 5 from 1D98 - Dec 18 2015 between Starr and Gutierrez | Yes | No |
| Gov-33-f | Clip 6 from 1D98 - Dec 18 2015 between Starr and Gutierrez | Yes | No |
| Gov-33-G | Clip 7 from 1D98 - Dec 18 2015 between Starr and Gutierrez | Yes | No |
| Gov-33-H | Clip 8 from 1D98 - Dec 18 2015 between Starr and Gutierrez | Yes | No |
| Gov-33-I | Clip 9 from 1D98 - Dec 18 2015 between Starr and Gutierrez | Yes | No |
| Gov-33-J | Clip 10 from 1D98 - Dec 18 2015 between Starr and Gutierrez | Yes | No |
| Gov-34-A | Clip 1 from 1D275 - March 21 2017 between Pedro Gutierrez and Kelli Starr | Yes | No |
| Gov-34-B | Clip 2 from 1D275 - March 21 2017 between Pedro Gutierrez and Kelli Starr | Yes | No |
| Gov-34-C | Clip 3 from 1D275 - March 21 2017 between Pedro Gutierrez and Kelli Starr | Yes | No |
| Gov-34-D | Clip 4 from 1D275 - March 21 2017 between Pedro Gutierrez and Kelli Starr | Yes | No |
| Gov-34-E | Clip 5 from 1D275 - March 21 2017 between Pedro Gutierrez and Kelli Starr | Yes | No |
| Gov-34-F | Clip 6 from 1D275 - March 21 2017 between Pedro Gutierrez and Kelli Starr | Yes | No |
| Gov-34-G | Clip 7 from 1D275 - March 21 2017 between Pedro Gutierrez and Kelli Starr | Yes | No |
| Gov-34-H | Clip 8 from 1D275 - March 21 2017 between Pedro Gutierrez and Kelli Starr | Yes | No |
| Gov-34-I | Clip 9 from 1D275 - March 21 2017 between Pedro Gutierrez and Kelli Starr | Yes | No |
| Gov-34-J | Clip 10 from 1D275 - March 21 2017 between Pedro Gutierrez and Kelli Starr | Yes | No |
| Gov-34-K | Clip 11 from 1D275 - March 21 2017 between Pedro Gutierrez and Kelli Starr | Yes | No |
| Gov-35-A | Audio - Sept 17 2016 Jail Call between Rosero abd Staxx B | Yes | No |
| Gov-35-Ba | Clip 1 - Feb 23 2016 Jail Call between Gilmore Walker and UM | Yes | No |
| Gov-35-Bb | Clip 2 - Feb 23 2016 Jail Call between Gilmore Walker and UM | Yes | No |
| Gov-35-Ca | Clip 1 - June 23 2016 Jail Call between Gilmore and UM | Yes | No |
| Gov-35-Cb | Clip 2 - June 23 2016 Jail Call between Gilmore and UM | Yes | No |
| Gov-35-D | Audio - June 28 2016 Jail Call between Gilmore and UM | Yes | No |
| Gov-35-E | Audio - July 13 2016 Jail Call between James Williams and UM | Yes | No |
| Gov-35-F | Audio - Aug 2 2016 Jail Call between Gilmore and James Williams | Yes | No |
| Gov-35-Ga | Clip 1 - Oct 4 2006 Jail Call between Gilmore and UM | Yes | No |
| Gov-35-Gb | Clip 2 - Oct 4 2006 Jail Call between Gilmore and UM | Yes | No |

| | | | | |
|---|---|---|---|---|
| Gov-35-Gc | Clip 3 - Oct 4 2006 Jail Call between Gilmore and UM | | Yes | No |
| Gov-35-H | Audio - Oct 10 2016 Jail Call between Gilmore and UM | | Yes | No |
| Gov-35-I | Audio - Oct 20 2016 Jail Call between Gilmore and James Williams | | Yes | No |
| Gov-35-J | Audio - Oct 21 2016 Jail Call between Gilmore and UM | | Yes | No |
| Gov-35-K | Audio - July 27 2016 Jail Call between Gilmore and James Williams aka Bandino | | Yes | No |
| Gov-37-A | Copy of Letter-Oct 5 2015-Baxton Kite to Carp | | Yes | No |
| Gov-38-A | TIII-Oct 3 2016-Nelson Session 2908 | | Yes | No |
| Gov-38-B | TIII-Oct 3 2016-Nelson Session 2928 | | Yes | No |
| Gov-38-C | TIII-161003-Nelson Session 2930 | | Yes | No |
| Gov-38-D | TIII-161003-Nelson Session 2970 | | Yes | No |
| Gov-38-E | TIII-161003-Nelson Session 2976 | | Yes | No |
| Gov-38-F | TIII-161003-Nelson Session 3046 | | Yes | No |
| Gov-38-G | TIII-161011-Nelson Session 5128 | | Yes | No |
| Gov-38-H | TIII-161011-Nelson Session 5130 | | Yes | No |
| Gov-38-I | TIII-161011-Nelson Session 5132 | | Yes | No |
| Gov-38-J | TIII-161011-Nelson Session 5134 | | Yes | No |
| Gov-38-K | TIII-Oct 23 2016-Nelson Session 9011 | | Yes | No |
| Gov-39-A | TIII-Oct 26 2016-Lattibeaudiere Session 33 | | Yes | No |
| Gov-39-B | TIII- Oct 26 2016-Lattibeaudiere Session 45 | | Yes | No |
| Gov-40-A | TIII- July 8 2011 Barnett Session 10344 | | Yes | No |
| Gov-40-B | TIII - July 9 2011 Barnett Session 10651 | | Yes | No |
| Gov-40-C | TIII - July 10 2011 Williams Session 10746 | | Yes | No |
| Gov-41-A | Photo-110810-Robbery Street | | Yes | No |
| Gov-41-B | Photo-110810-Robbery Outside House 1 | | Yes | No |
| Gov-41-C | Photo-110810-Robbery Outside House 2 | | Yes | No |
| Gov-41-D | Photo-110810-Robbery Outside House Side view | | Yes | No |
| Gov-42 | Audio - 110810 - Wright 911 Call FBI Serial_00056064 | | Yes | No |
| Gov-49 | Photo-110810-Phones Seized Post It | | Yes | No |
| Gov-50-A | Contact Hakim Jacobs | | Yes | No |
| Gov-50-B | Text-110809-Cornelius Jacobs Text Convo Samsung SGH-T959 | | Yes | No |
| Gov-50-C | Text-110809-Cornelius Phone Timeline Jacobs Ghost Samsung SGH-T959 | | Yes | No |
| Gov-50-D | Cornelius Contact Bent Samsung SGH-T959 | | Yes | No |
| Gov-51 | Altima Title Record | | Yes | No |
| Gov-52-A | Phone-Contact Hakim Jacobs | | Yes | No |
| Gov-52-B | Phone-110809-Gilmore Jacobs Robbery Timeline Calls Texts | | Yes | No |
| Gov-52-D | Phone-Billy Message to OlaGhosta Dada Little | | Yes | No |
| Gov-52-E | Phone-110808-Gilmore Margo Texts | | Yes | No |
| Gov-52-F | Phone-Gilmore ID Theft Texts other than Margo | | Yes | No |
| Gov-54-A | Audio - July 28 2016 Jail Call between Gilmore and Lott NCDPS 1 | | Yes | No |
| Gov-54-B | Audio - July 28, 2016 Jail Call between Gilmore and Lott NCDPS #2 | | Yes | No |
| Gov-54-Ba | Clip 1 - - July 28 2016 Jail Call between Gilmore and Lott NCDPS 2 | | Yes | No |

| Link | Description | | |
|---|---|---|---|
| Gov-54-Bb | Clip 2 - July 28 2016 Jail Call between Gilmore and Lott NCDPS 2 | Yes | No |
| Gov-54-C | Audio - July 30 2016 Jail Call between Gilmore and Lott NCDPS 3 | Yes | No |
| Gov-54-D | Clip of Jail Call | Yes | No |
| Gov-54-E | Clip of Jail Call | Yes | No |
| Gov-57 | Aerial Video 102416 Meeting Clip 1 224250-224300 [download original] | Yes | No |
| Gov-57-A | Aerial Video 102416 Meeting Still Shot 1 224252 | Yes | No |
| Gov-58 | Aerial Video 102416 Meeting Clip 2 230700-230727 [download original] | Yes | No |
| Gov-58-A | Aerial Video 102416 Meeting Still Shot 2 230717 | Yes | No |
| Gov-59 | Aerial Video 102416 Meeting Clip 3 232025-232045 [download original] | Yes | No |
| Gov-59-A | Aerial Video 102416 Meeting Still Shot 3 232042 | Yes | No |
| Gov-60 | Aerial Video 102416 Meeting Clip 4 234750-234756 [download original] | Yes | No |
| Gov-60-A | Aerial Video 102416 Meeting Still Shot 4 234752 | Yes | No |
| Gov-61 | Aerial Video 102416 Meeting Clip 5 01832-001852 [download original] | Yes | No |
| Gov-61-A | Aerial Video 102416 Meeting Still Shot 5 01841 | Yes | No |
| Gov-62 | Aerial Video 102416 Meeting Clip 6 03230-03250 [download original] | Yes | No |
| Gov-62-A | Aerial Video 102416 Meeting Still Shot 6 03240 | Yes | No |
| Gov-63 | Aerial Video 102416 Meeting Clip 7 14451-14501 [download original] | Yes | No |
| Gov-63-A | Aerial Video 102416 Meeting Still Shot 7 14453 | Yes | No |
| Gov-64 | Aerial Video 102416 Meeting Clip 8 22700-22710 [download original] | Yes | No |
| Gov-64-A | Aerial Video 102416 Meeting Still Shot 8 22708 | Yes | No |
| Gov-65-A | Brewer 20170628 Photo 1 | Yes | No |
| Gov-65-B | Brewer 20170628 Photo 2 | Yes | No |
| Gov-66-A | Brewer 20170919 Photo 1 | Yes | No |
| Gov-66-B | Brewer 20170919 Photo 2 | Yes | No |
| Gov-67 | Brewer 20171020 Photo | Yes | No |
| Gov-68 | CV Santana | Yes | No |
| Gov-69-A | TIII - July 10 2011 Williams Session 1453 | Yes | No |
| Gov-69-B | TIII - July 10 2011 Barnett Session 1613 | Yes | No |
| Gov-91 | Curtis Martino Plea Agreement | Yes | No |
| Def-Gilmore-4 | SECU Bank Records | Yes | No |
| Def-Gilmore-5 | Marriage Certificate | Yes | No |
| Def-Gilmore-6 |  | Yes | No |